1  THOMAS E. FRANKOVICH, SBN 074414
   THOMAS E. FRANKOVICH
2  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
3  Telephone: (415) 674-8600
   Facsimile: (415) 674-9900
4
   Attorney for Plaintiff CRAIG YATES
5
   MARTIN H ORLICK, (SBN 83908), mho@jmbm.com
6  MATTHEW S. KENEFICK (SBN 227298), msk@jmbm.com
   JEFFER, MANGELS, BUTLER & MARMARO LLP
7  Two Embarcadero Center, 5th Floor
   San Francisco, CA 94111
8  Telephone: 415-398-8080
   Facsimile: 415-398-5584
9
   Attorney for specially appearing Defendants CLEMENT
10 RESTAURANTS, INC. and CLEMENT INVESTMENT, LLC

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15

16 | CRAIG YATES,                              | CASE NO.   CV-09 3978 SI
17 |            Plaintiff,                     | **STIPULATION TO EXTEND TIME FOR
                                               | SPECIALLY APPEARING DEFENDANTS
18 |     v.                                    | CLEMENT RESTAURANTS, INC. AND
                                               | CLEMENT INVESTMENT, LLC TO FILE A
19 | CLEMENT RESTAURANTS, INC., a              | RESPONSIVE PLEADING TO
     California corporation; CLEMENT           | PLAINTIFF'S COMPLAINT; ORDER
20 | INVESTMENT, LLC, a California limited     | THEREON**
     liability company; and WELLS FARGO BANK
21 | NATIONAL ASSOCIATION TRUST,

22 |            Defendants.
                                               | Complaint filed:    August 27, 2009
23                                             | Trial date:         none set

24         IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for

25 Plaintiff CRAIG YATES ("Plaintiff"), and specially appearing Defendants CLEMENT RESTAURANTS,

26 INC., a California corporation and CLEMENT INVESTMENT, LLC ("Defendants"), that Defendants

27 shall be allowed an extension of time to file its responsive pleading to the Complaint for Injunctive Relief

28 and Damages on file herein (the "Complaint"). As a result of this grant of extension, Defendants' responsive

PRINTED ON
RECYCLED PAPER

914387v1

CV 09-3978 SI
STIPULATION FOR DEFENDANT TO FILE
RESPONSIVE PLEADING

pleading will become due on or before October 28, 2009.

DATED: September 30th, 2009

THOMAS E. FRANKOVICH

By: _____
THOMAS E. FRANKOVICH
Attorneys for Plaintiff CRAIG YATES

DATED: September 29, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORKICK
MATTHEW S. KENEFICK

By: _____
MATTHEW S. KENEFICK
Attorneys for specially appearing Defendants CLEMENT RESTAURANTS, INC. and CLEMENT INVESTMENT, LLC

*** ORDER ***

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
Judge of the United States District Court

# CERTIFICATE OR PROOF OF SERVICE

State of California     )
                        ) ss
County of San Rafael    )

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below date, following normal business practice, I served the foregoing document, described as:

**STIPULATION TO EXTEND TIME FOR SPECIALLY APPEARING DEFENDANTS CLEMENT RESTAURANTS, INC. AND CLEMENT INVESTMENT, LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER THEREON**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Rafael.

☒ by transmitting via facsimile to the fax number(s) set forth below.

addressed to:

**Martin H. Orlick**
**Matthew S. Kenefick**
**Jeffer, Mangels, Butler & Marmaro LLP**
**Two Embarcadero Center 5th Fl.**
**San Francisco, CA 94111**
(415) 398-5584

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed this October 1, 2009, at San Rafael, California.

_____
Armetrice Cooper
(Original signed)