THOMAS E. FRANKOVICH, SBN 074414
THOMAS E. FRANKOVICH
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: (415) 674-8600
Facsimile: (415) 674-9900

Attorney for Plaintiff CRAIG YATES

MARTIN H ORLICK, (SBN 83908), mho@jmbm.com
MATTHEW S. KENEFICK (SBN 227298), msk@jmbm.com
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: 415-398-8080
Facsimile: 415-398-5584

Attorney for specially appearing Defendants CLEMENT
RESTAURANTS, INC. and CLEMENT INVESTMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>Plaintiff,<br><br>v.<br><br>CLEMENT RESTAURANTS, INC., a California corporation; CLEMENT INVESTMENT, LLC, a California limited liability company; and WELLS FARGO BANK NATIONAL ASSOCIATION TRUST,<br><br>Defendants. | CASE NO.   CV-09 3978 SI<br><br>**STIPULATION TO EXTEND TIME FOR SPECIALLY APPEARING DEFENDANTS CLEMENT RESTAURANTS, INC. AND CLEMENT INVESTMENT, LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER THEREON**<br><br>Complaint filed:   August 27, 2009<br>Trial date:   none set |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for Plaintiff CRAIG YATES ("Plaintiff"), and specially appearing Defendants CLEMENT RESTAURANTS, INC., a California corporation and CLEMENT INVESTMENT, LLC ("Defendants"), that Defendants shall be allowed an extension of time to file its responsive pleading to the Complaint for Injunctive Relief and Damages on file herein (the "Complaint"). As a result of this grant of extension, Defendants' responsive

PRINTED ON
RECYCLED PAPER
914387v1

CV 09-3978 SI
STIPULATION FOR DEFENDANT TO FILE
RESPONSIVE PLEADING

pleading will become due on or before October 28, 2009.

DATED: September 30th, 2009     THOMAS E. FRANKOVICH

By: _____
THOMAS E. FRANKOVICH
Attorneys for Plaintiff CRAIG YATES

DATED: September 29, 2009     JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORKICK
MATTHEW S. KENEFICK

By: _____
MATTHEW S. KENEFICK
Attorneys for specially appearing Defendants CLEMENT RESTAURANTS, INC. and CLEMENT INVESTMENT, LLC

*** ORDER ***

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____     _____
Judge of the United States District Court

## CERTIFICATE OR PROOF OF SERVICE

State of California        )
                           ) ss
County of San Rafael       )

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below date, following normal business practice, I served the foregoing document, described as:

**STIPULATION TO EXTEND TIME FOR SPECIALLY APPEARING DEFENDANTS CLEMENT RESTAURANTS, INC. AND CLEMENT INVESTMENT, LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER THEREON**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
   ☒ in first class U.S. Mail
   in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Rafael.

☒ by transmitting via facsimile to the fax number(s) set forth below.

addressed to:

**Martin H. Orlick**
**Matthew S. Kenefick**
**Jeffer, Mangels, Butler & Marmaro LLP**
Two Embarcadero Center 5th Fl.
San Francisco, CA 94111
(415) 398-5584

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed this October 1, 2009, at San Rafael, California.

_____
Armetrice Cooper
(Original signed)