| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH,<br>*A Professional Law Corporation* |
| 3 | 4328 Redwood Hwy., Suite 300<br>San Rafael, CA 94903 |
| 4 | Telephone:   415/674-8600<br>Facsimile:    415/674-9900 |
| 5 | Attorneys for Plaintiff<br>CRAIG YATES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG YATES, an individual, | ) | **CASE NO. CV-09-3978-SI** |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE CASE |
| | ) | MANAGEMENT CONFERENCE AND |
| v. | ) | [PROPOSED] ORDER THEREON |
| | ) | |
| CLEMENT RESTAURANTS, INC., a | ) | |
| California corporation; CLEMENT | ) | |
| INVESTMENT LLC, a limited liability | ) | |
| company; and WELLS FARGO BANK | ) | |
| NATIONAL ASSOCIATION TRUST, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | Honorable Susan Illston |

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Case Management Conference that is currently scheduled for Friday, April 2, 2010, at 2:30 p.m.

The reason for continuing the Case Management Conference is the parties inadvertently overlooked the notice regarding the Case Management Conference.  Also, Thomas E. Frankovich, counsel for the plaintiff is on vacation until April 7, 2010, and defense counsel, Marty Orlick is and will be in trial for a non relative case until further notice.

///

///

///

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**         Case No. CV-09-3978-SI         1

1 | In light of the above, deferring the Case Management Conference to and including June 4, 2010, will allow the parties sufficient time to try and resolve the above action and/or otherwise have the above-referenced case mediated.

Respectfully Submitted,

Dated: April 1, 2010

THOMAS E. FRANKOVICH, ESQ.,
**A PROFESSIONAL LAW CORPORATION**


By: _____/S/_____
THOMAS E. FRANKOVICH
Attorneys for Plaintiff CRAIG YATES, an individual


Dated: April 1, 2010

MARTIN H. ORLICK, ESQ.,
**Jeffer, Mangels, Butler & Marmaro LLP**


By:_____/S/_____
Martin H. Orlick
Attorneys for Defendants CLEMENT RESTAURANTS, INC., a California corporation; CLEMENT INVESTMENT LLC, a limited liability company; and WELLS FARGO BANK NATIONAL ASSOCIATION TRUST

## **ORDER**

**IT IS SO ORDERED** that the Case Management Conference set for April 2, 2010, is continued to _____6/4_____, 2010, at 2:30 p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: _____, 2010     _____/s/ Susan Illston_____
Honorable Susan Illston
United States District Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE     Case No. CV-09-3978-SI     2