THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CLEMENT RESTAURANTS, INC., a California corporation; CLEMENT INVESTMENT LLC, a limited liability company; and WELLS FARGO BANK NATIONAL ASSOCIATION TRUST,<br><br>    Defendants. | **CASE NO. CV-09-3978-SI**<br><br>STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON<br><br><br><br><br><br>Honorable Susan Illston |

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Further Case Management Conference that is currently scheduled for Friday, September 10, 2010, at 3:00 p.m.

The ADR Case Administrator has appointed Daniel Bowling as the Mediator for the above-referenced case on July 15, 2010. The parties initially agreed to conduct the mediation in the above-referenced case on August 27, 2010. However, after discussions with the Mediator, it was agreed that the mediation would be continued temporarily. The mediation was continued. The parties are in the process of selecting a mutually agreed date soon for the mediation.

In light of the above, the parties wish to preserve the court's resources by avoiding an unproductive Case Management Conference and by deferring the Case Management Conference will allow the parties sufficient time to try and resolve the above-action at the mediation.

Respectfully Submitted,

Dated: August 31, 2010

THOMAS E. FRANKOVICH, ESQ.,
**A PROFESSIONAL LAW CORPORATION**

By: ____/s/Thomas E. Frankovich_____
THOMAS E. FRANKOVICH
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: August 31, 2010

MARTIN H. ORLICK, ESQ.,
**Jeffer, Mangels, Butler & Marmaro LLP**

By:_____
Martin H. Orlick
Attorneys for Defendants CLEMENT RESTAURANTS, INC., a California corporation; CLEMENT INVESTMENT LLC, a limited liability company; and WELLS FARGO BANK NATIONAL ASSOCIATION TRUST

**ORDER**

**IT IS SO ORDERED** that the Case Management Conference set for September 10, 2010, is continued to __11/2/10__, 2010, at __3 p.m.__ a.m./ p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: _____, 2010

Honorable Susan Illston
United States District Judge