

| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH, *A Professional Law Corporation* |
| 3 | 4328 Redwood Hwy., Suite 300<br>San Rafael, CA 94903 |
| 4 | Telephone:     415/674-8600<br>Facsimile:       415/674-9900 |
| 5 | Attorneys for Plaintiff |
| 6 | CRAIG YATES, an individual |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG YATES, an individual, | ) | **CASE NO. CV-09-3978-SI** |
| Plaintiff, | ) | |
| v. | ) | **PLAINTIFF'S REQUEST TO REOPEN CASE AND [PROPOSED] ORDER THEREON** |
| CLEMENT RESTAURANTS, INC., a California corporation; CLEMENT INVESTMENT LLC, a limited liability company; and WELLS FARGO BANK NATIONAL ASSOCIATION TRUST, | ) | |
| Defendants. | ) | |

Plaintiff, CRAIG YATES by and through his undersigned counsel, respectfully request that this Court reopen the captioned action and as grounds therefore state:  The plaintiff's counsel has sent defendant's counsel the revisions to the language with a request to revise agreement and to circulate the Settlement Agreement to Plaintiff, plaintiffs' counsel, defendants CLEMENT RESTAURANTS, INC., a California corporation; CLEMENT INVESTMENT LLC, a limited liability company; and WELLS FARGO BANK NATIONAL ASSOCIATION TRUST for signature's. Defendants counsel requested to draft and execute the settlement agreement and have not circulated the Settlement Agreement which has been agreed to by all parties.

///

///

///

Plaintiff requests that the court order the defendants who have not circulated or signed the agreement to appear and show cause why they have failed to circulate and sign the Settlement Agreement.

DATED: January 21, 2011                THOMAS E. FRANKOVICH,
                                       *A PROFESSIONAL LAW CORPORATION*

                                       By:    ____/S/Thomas E. Frankovich____
                                              THOMAS  E. FRANKOVICH
                                              Attorneys for Plaintiff CRAIG YATES

# O R D E R

Defendants CLEMENT RESTAURANTS, INC., a California corporation; CLEMENT INVESTMENT LLC, a limited liability company; and WELLS FARGO BANK NATIONAL ASSOCIATION TRUST and their respective counsel Martin H. Orlick,- Jefer, Mangels, Butler & Marmaro LLP are hereby ordered to appear on __Feb. 25, 2011__ at __9:00 a.m._____ to show cause why they have failed to execute the Settlement Agreement in this action

IT IS FURTHER ORDERED that this case shall be reopened to preserve plaintiffs' rights.

DATED:  _____

_/s/ Susan Illston_____
Honorable Susan Illston
U.S. District Court Judge

**CERTIFICATE OR PROOF OF SERVICE**

State of California          )
                             ) ss
County of San Rafael         )

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below date, following normal business practice, I served the foregoing document, described as:

**PLAINTIFF'S REQUEST TO REOPEN CASE AND [PROPOSED] ORDER THEREON**

on the interested parties in this action, conveyed as follows:

☒     by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
      ☒     in first class U.S. Mail
           in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Rafael.

addressed to:

**Marty H. Orlick, Esq.**
**Jeffery, Mangers, Butler & Marmora LP**
**Two Embarcadero Centers, Fifth Floor**
**San Francisco, CA 94111-3824**

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed this January 21, 2011, at San Rafael, California.

                         ___/S/___ Pepper B Maupin_____
                         Pepper B. Maupin
                         (Original signed)