**FILED**

FEB 2 4 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA  94903
   Telephone:   415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN  DISTRICT OF CALIFORNIA

10 CRAIG YATES , an individual;            ) CASE NO.  CV-09-3978-SI
                                           )
11          Plaintiffs,                     ) STIPULATION OF DISMISSAL AND
                                           ) [PROPOSED] ORDER THEREON
12 v.                                       )
                                           )
13                                          )
   CLEMENT RESTAURANTS, INC., a            )
14 California corporation; CLEMENT          )
   INVESTMENT LLC, a limited liability      )
15 company; and WELLS FARGO BANK            )
   NATIONAL ASSOCIATION TRUST,             )
16                                          )
17          Defendants.                     )
                                           )
18

19      The parties, by and through their respective counsel, stipulate to dismissal of this action
20 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the
21 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own
22 costs and attorneys' fees.  The parties further consent to and request that the Court retain
23 jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511
24 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
25 settlement agreements).
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON            **CV-09-3978-SI**

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2    their designated counsel that the above-captioned action be and hereby is dismissed with

3    prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4         This stipulation may be executed in counterparts, all of which together shall constitute

5    one original document.

6

7

8

9    Dated: January 31, 2011                    THOMAS E. FRANKOVICH,
                                                 *A PROFESSIONAL LAW CORPORATION*
10

11

12

13                                              By:_____/s/_____
                                                     Thomas E. Frankovich
14                                              Attorney for CRAIG YATES, an individual

15

16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-09-3978-SI    -2-

1

2   Dated: 2\24 , 2011                    Jeffer Mangels Butler & Mitchell LLP

3

4

5

6                                         By: _____
                                              Martin H. Orlick
7                                         Attorneys for, CLEMENT RESTAURANTS, INC.,
                                          a California corporation; CLEMENT
8                                         INVESTMENT LLC, a limited liability company;
                                          and WELLS FARGO BANK NATIONAL
9                                         ASSOCIATION TRUST,

10

11

12
                                        **ORDER**
13

14       IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

15   Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

16   the purpose of enforcing the parties' Settlement Agreement and General Release should such

17   enforcement be necessary.

18
     Dated: _____, 2011
19

20                                         _____
                                           Honorable Judge, Susan Illston
21

22

23

24

25

26

27

28

     STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          **CV-09-3978-SI**   -3-